UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

POKIZA ABDUSAMATOVA, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

TASHKENT SUPERMARKET LLC, and ODILJON TURSUNOV, individually,

                Defendants.

**Docket No.: 23-cv-6220 (DG)(LKE)**

**NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT TO PLAINTIFF KAZIM TOP**

      **PLEASE TAKE NOTICE** that, pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Rule 68"), Opt-in Plaintiff, Kazim Top, hereby accepts the Rule 68 Offer of Judgment as to all his claims against Defendants Tashkent Supermarket LLC and Odiljon Tursunov, in this action in the amount of Eighteen Thousand Dollars and 00/100 (**$18,000.00**), with Twelve Thousand Dollars and 00/100 ($12,000.00) to be paid to Plaintiff representing Plaintiff's alleged damages and Six Thousand and 00/100 ($6,000.00) to be paid to Plaintiff representing Plaintiff's attorneys' fees and costs.

      The total amount of this Rule 68 Offer of Judgment is inclusive of any and all costs, prejudgment interest, statutory penalties and recoverable attorneys' fees, attached hereto as Exhibit 1.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 68, notice of this acceptance has been served and that this filing, along with proof of that service, shall be deemed acceptance of the Rule 68 offer and the clerk must enter judgment thereof.

Dated: White Plains, New York
November 20, 2024

                                                  Respectfully submitted,

                                                  STEVENSON MARINO LLP
                                                  *Attorneys for Plaintiff*
                                                  445 Hamilton Avenue, Suite 1500
                                                  White Plains, New York 10601
                                                  Tel. (212) 939-7229

                                  By: _____
                                                  JEFFREY R. MAGUIRE

2

## CERTIFICATE OF SERVICE

    I, Jeffrey R. Maguire, Esq., hereby certify that on this date, November 20, 2024, a true and correct copy of the foregoing *Notice of Acceptance of Rule 68 Offer of Judgment to Kazim Top* was electronically mailed to the following:

> Paul R. Piccigallo, Esq.
> Littler Mendelson, P.C.
> *Attorneys for Defendants*
> 300 Third Avenue
> New York, New York 10022
> ppiccigalo@littler.com

                                                                                         Jeffrey R. Maguire
                                                                                          Stevenson Marino LLP