UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
POKIZA ABDUSAMATOVA, on behalf of herself
and all others similarly situated,

                Plaintiff,                JUDGMENT
v.                                                23-cv-6220(DG)(LKE)

TASHKENT SUPERMARKET LLC, and
ODILJON TURSUNOV, individually,

                Defendants.
------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on November 20, 2024; and Defendants TASHKENT SUPERMARKET LLC, and ODILJON TURSUNOV, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff LAZIZ ABDURAKHMANOV for the sum of $42,000.00, with $28,000.00 to be paid to Plaintiff representing Plaintiff's alleged damages and $14,000.00 to be paid to Plaintiff representing Plaintiff's attorneys' fees and costs; it is

      ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff LAZIZ ABDURAKHMANOV and against Defendants TASHKENT SUPERMARKET LLC, and ODILJON TURSUNOV for the sum of $42,000.00, with $28,000.00 to be paid to Plaintiff representing Plaintiff's alleged damages and $14,000.00 to be paid to Plaintiff representing Plaintiff's attorneys' fees and costs.

Dated: Brooklyn, New York                                Brenna B. Mahoney
       November 22, 2024                                  Clerk of Court

                                                              By:    */s/Jalitza Poveda*
                                                                        Deputy Clerk